# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TODD H. MERCER | CIVIL ACTION NO. 16-1272-P |
| VERSUS | JUDGE ELIZABETH FOOTE |
| JULIAN WHITTINGTON, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and the response to the Report and Recommendation, determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim. All of Plaintiff's pending motions [Record Documents 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 23, 25, 26, 29, 30, 43, 44, 49, 51] are **DENIED as moot**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of February, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE